UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAUREN HOLDEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NORTONLIFELOCK, INC.,

    Defendant.
_____/

Civil Action No. _____

Removed from the Circuit Court
Of Duval County, Florida
CASE NO. 2021-CA-000731

## **DECLARATION OF MICHAEL BEDARD**

Pursuant to 28 U.S.C. § 1746, I, Michael Bedard, declare under penalty of perjury:

1. I am over the ager of eighteen (18) years, and I am competent to make this Declaration.

2. I am employed as the Director of Development at NortonLifeLock Inc. ("NLL"). My statements are based upon my familiarity with the business practices, record keeping system, and practices of NLL, and my review of the relevant records related to NLL's website, us.norton.com ("NLL's Website") and subscriber files. If called upon to testify to these matters at trial or other hearing before this Court in this action, I could competently testify to the facts set forth below.

3. In the regular performance of my job functions, I am familiar with

business records maintained by NLL for the purpose of managing NLL's Website and subscriber records, and I have personal knowledge of the operation of an the circumstances surrounding the preparation, maintenance, distribution, and retrieval of records in NLL's record keeping systems. These records are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the course of business activity conducted regularly by NLL in its system. It is the regular practice of NLL to make these records. I have access to, and have reviewed, these records, and have acquired personal knowledge of the matters stated herein.

4. At the time Lauren Holden ("Holden") commenced her class action, at all times since, NLL was and is a corporation incorporated in the State of Delaware and with its principal place of business in the State of Arizona.

5. NLL's records show that during the period between March 1, 2020 and February 28, 2021, NLL's Website was visited by more than ten-thousand (10,000) unique Florida visitors.

6. NLL's records show that during the period between March 1, 2020 and February 28, 2021, NLL's Website was visited by more than ten-thousand (10,000) NLL subscribers who have accounts associated with Florida zip codes.

9

I declare, under penalty of perjury, that the foregoing is true and correct. Executed in <u>San Jose, Ca</u>.

March <u>12</u>, 2021.

*Michael Bedard*
Michael Bedard (Mar 12, 2021 09:13 PST)

MICHAEL BEDARD

# Declaration(16488292.1)

Final Audit Report                                                  2021-03-12

| | |
|---|---|
| Created: | 2021-03-12 |
| By: | Patrick Ekstrand (pat.ekstrand@nortonlifelock.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAeH6ABYh6GbJ0n-kITT1_FZtxGMoEIYGS |

## "Declaration(16488292.1)" History

- Document created by Patrick Ekstrand (pat.ekstrand@nortonlifelock.com)
  2021-03-12 - 3:39:17 PM GMT- IP address: 155.64.138.69

- Document emailed to Michael Bedard (michael.bedard@nortonlifelock.com) for signature
  2021-03-12 - 3:40:40 PM GMT

- Email viewed by Michael Bedard (michael.bedard@nortonlifelock.com)
  2021-03-12 - 5:00:26 PM GMT- IP address: 104.47.46.254

- Document e-signed by Michael Bedard (michael.bedard@nortonlifelock.com)
  Signature Date: 2021-03-12 - 5:13:53 PM GMT - Time Source: server- IP address: 155.64.23.39

- Agreement completed.
  2021-03-12 - 5:13:53 PM GMT

Adobe Sign