**Case 16-2021-CA-000731-XXXX-MA**

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 2/8/2021 12:49:04 PM |
| Judge Name | WILKINSON, GARY | Officer | |
| Private Attorney | Berg, Garrett O | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| LAUREN HOLDEN | PLAINTIFF<br>/ | 14 NE 1ST AVE, STE.705<br>MIAMI, FL33132 |
| LAUREN Holden, On Behalf Of All Others Similiarly Situated | PLAINTIFF<br>/ | 14 NE 1ST AVE, STE. 705<br>MIAMI, FL33132 |
| NORTONLIFELOCK INC | DEFENDANT<br>/ B | 1201 HAYS STREET<br>TALLAHASSEE, FL32301 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Berg, Garrett O<br>Private Attorney (1000427) | 14 NE 1st Ave Ste 705<br>Miami, FL33132-2411 | LAUREN HOLDEN (PLAINTIFF)<br>LAUREN Holden, On Behalf Of All Others Similiarly Situated (PLAINTIFF) |
| Hiraldo, Manuel Santiago<br>Private Attorney (30380) | 401 E Las Olas Blvd Ste 1400<br>Fort Lauderdale, FL33301-2218 | LAUREN HOLDEN (PLAINTIFF) |
| Gentile, Angelica Marie<br>Private Attorney (102630) | 14 NE 1st Ave Ste 705<br>Miami, FL33132-2411 | LAUREN HOLDEN (PLAINTIFF) |
| Apatov, Joseph Andrew<br>Private Attorney (93546) | 1 E Broward Blvd Ste 1400<br>Fort Lauderdale, FL33301-1834 | NORTONLIFELOCK INC (DEFENDANT) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 02/08/2021 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 02/08/2021 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 2/8/2021<br>2/8/2021 | OTHER CIRCUIT CIVIL - OTHER | | |
| 2<br>D2 | -- | 2/8/2021<br>2/8/2021 | COVER SHEET | 3 | **Available**<br>VOR, Ready to view |
| 3<br>D3 | -- | 2/8/2021<br>2/8/2021 | COMPLAINT (CLASS ACTION) | 9 | **Available**<br>VOR, Ready to view |
| 4<br>D4 | -- | 2/8/2021<br>2/8/2021 | SUMMONS ISSUED TO NORTONLIFELOCK INC. | 1 | **Must Register**<br>View on request |
| 5<br>D5 | -- | 2/8/2021<br>2/8/2021 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 3807546 | 1 | **Available**<br>Public access |
| 6 | -- | 2/8/2021<br>2/8/2021 | DEMAND FOR JURY TRIAL | | |
| 7<br>D7 | -- | 2/10/2021<br>2/10/2021 | NOTICE OF APPEARANCE OF COUNSEL MANUEL HIRALDO FOR LAUREN HOLDEN | 1 | **Available** |

| Line / Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| | | | | | Public access |
| 8<br>D8 | -- | 2/18/2021<br>2/19/2021 | SUMMONS RETURNED INDICATING SERVICE -NORTON LIFELOCK INC. (CORP SERVED RONNIE LONG, SERVICE LIAISON) 2-11-21 @11:20AM | 2 | Available<br>Public access |
| 9<br>D9 | -- | 3/2/2021<br>3/2/2021 | NOTICE OF APPEARANCE OF COUNSEL GARRETT BERG FOR LAUREN HOLDEN AND LAUREN HOLDEN, ON BEHALF OF ALL OTHERS SIMILIARLY SITUATED | 2 | Available<br>Public access |
| 10<br>D10 | -- | 3/3/2021<br>3/4/2021 | NOTICE OF APPEARANCE OF COUNSEL JOSEPH APATOV FOR NORTONLIFELOCK INC | 2 | Available<br>Public access |
| 11<br>D11 | -- | 3/3/2021<br>3/4/2021 | MOTION FOR EXTENSION OF TIME (DEFTS) TO RESPOND TO PLTFS CLASS ACTION COMPLAIN T | 2 | Must Register<br>View on request |
| 12<br>D12 | -- | 3/9/2021<br>3/10/2021 | NOTICE (PLTFS) FIRST SET/ OF DISCOVERY REQUESTS TO DEFT | 3 | Must Register<br>View on request |
| 13<br>D13 | -- | 3/9/2021<br>3/10/2021 | ORDER EXTENDING TIME ON DEFT MOTION/ TO RESPOND TO PLTF CLASS ACTION COMPLAINT - GRANTED | 2 | Must Register<br>View on request |