Filing # 120986971 E-Filed 02/08/2021 12:49:04 PM

FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>Lauren Holden, Lauren Holden</u>
Plaintiff

Case # _____
Judge  _____

vs.
<u>NortonLifeLock Inc</u>
Defendant

II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

III.   TYPE OF CASE   (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 02/08/2021 02:24:07 PM

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   1

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
☒ yes
☐ no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Angelica Gentile Gentile      Fla. Bar # 102630
       Attorney or party                       (Bar # if attorney)

Angelica Gentile Gentile            02/08/2021
(type or print name)                    Date

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO. 16-2021-CA-000731-XXXX-MA

LAUREN HOLDEN,
individually and on behalf of all,
others similarly situated,

    Plaintiff,

v.

NORTONLIFELOCK, INC.,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Manuel S. Hiraldo of the law firm of Hiraldo P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: February 10, 2021

Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

## RETURN OF SERVICE

State of Florida     County of Duval     Circuit Court

Case Number: 16-2021-CA-000731-XXXX-MA



KDY2021005431

Plaintiff:
LAUREN HOLDEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

Defendant:
NORTONLIFELOCK INC.

For:
SHAMIS & GENTILE, P.A.

Received by GLOBAL PROCESS SERVICES CORP. on the 11th day of February, 2021 at 10:26 am to be served on NORTONLIFELOCK INC. C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.

I, Christopher S. Kady, do hereby affirm that on the 11th day of February, 2021 at 11:20 am, I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me, to: Ronnie Long as Service Liaison authorized to accept service, of the within named corporation, at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301 on behalf of NORTONLIFELOCK INC., and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served     "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher S. Kady
Process Server #237

GLOBAL PROCESS SERVICES CORP.
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: KDY-2021005431
Ref: 21-0389

Copyright © 1992-2021 Database Services Inc - Process Server's Toolbox V8 1z

Filing # 120986971 E-Filed 02/08/2021 12:49:04 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.

LAUREN HOLDEN, individually and on behalf of all others similarly situated,

CLASS ACTION

Plaintiff,

JURY TRIAL DEMANDED

vs.

NORTONLIFELOCK INC.,

Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff/Certified Process Server of the State

TO:   NortonLifeLock Inc.
      c/o Corporation Service Company
      1201 Hays Street
      Tallahassee, FL 32301

Each Defendant is required to serve written defenses to the Complaint or petition on: **Andrew Shamis, Esq, Shamis & Gentile, P.A., 14 NE 1st Ave STE 705, Miami, Florida 33132,** within twenty (20) days after service of this summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

Dated this __08__ day of ____February____, 2021.

Jody Phillips
As Clerk of the Court

By: _Christine Kent_
As Deputy Clerk

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 02/08/2021 02:24:07 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

LAUREN HOLDEN, *individually and
on behalf of all others similarly situated,*

    Plaintiff,

v.

NORTONLIFELOCK INC.,

    Defendant.
_____/

CASE NO. 162021CA000731XXXXMA

CLASS REPRESENTATION

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

PLEASE TAKE NOTICE that Garrett O. Berg of the law firm of Shamis & Gentile, P.A. enters his appearance in this case as counsel for Plaintiff and requests that copies of all pleadings, motions, orders, notices, correspondence, and documents of any kind regarding the above-styled cause be served upon said counsel.

Date: March 2, 2021

                                                                     Respectfully submitted,
                                                                     */s/ Garrett O. Berg*
                                                                       **SHAMIS & GENTILE, P.A.**
                                                                      Garrett O. Berg, Esq.
                                                                      Florida Bar No. 1000427
                                                                      gberg@shamisgentile.com
                                                                      14 NE 1st Avenue, Suite 705
                                                                      Miami, Florida 33132
                                                                      Telephone: 305-479-2299

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal, which will furnish a copy to all individuals on the attached Service List.

Respectfully submitted,
*/s/ Garrett Berg*

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 2021-CA-000731

LAUREN HOLDEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NORTONLIFELOCK, INC.,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE that the undersigned law firm, McGlinchey Stafford, hereby notices that it will be appearing on behalf of Defendant, NORTONLIFELOCK, INC. as lead Counsel in this matter for all purposes herein. All future pleadings and communications shall be directed to the undersigned at the contact information below.

Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of Judicial Administration, of the primary e-mail address and secondary e-mail address for Counsel of Plaintiff in this action as follows:

Primary E-Mail Address:    japatov@mcglinchey.com
Secondary E-Mail Address:    kotero@mcglinchey.com

Respectfully submitted,
McGLINCHEY STAFFORD

*/s/ Joseph A. Apatov*
Joseph A. Apatov, Esq.
Florida Bar No. 93546
1 E. Broward Blvd, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 356-2516

1266674.1

Fax: (954) 252-3808
Primary E-Mail:  japatov@mcglinchey.com
Secondary E-Mail: kotero@mcglinchey.com
**Counsel for Defendant Nortonlifelock, Inc.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the Florida Courts E-filing Portal System, which will send notification of such filing to all parties of record, on this 3rd day of March, 2021.

*/s/ Joseph A. Apatov*
Joseph A. Apatov, Esq

1266674.1

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 2021-CA-000731

LAUREN HOLDEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NORTONLIFELOCK, INC.,

    Defendant.

_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant, NORTONLIFELOCK, INC. ("Defendant"), by and through its undersigned counsel, and pursuant to Rule 1.090(b), Florida Rules of Civil Procedure, files this Motion for Extension of Time to Respond to the Plaintiff, LAUREN HOLDEN'S (the "Plaintiff"), Class Action Complaint (the "Complaint"), and in support thereof, states:

1. On or about February 8, 2021, Plaintiff filed her Complaint.

2. Following service, Defendant's response to the Complaint is due on March 3, 2021.

3. The undersigned recently received the Complaint and was retained to represent Defendant in this litigation.

4. Defendant and the undersigned counsel needs additional time to review the Complaint in order to formulate and prepare an appropriate response, and accordingly Defendant requests an extension of time of thirty (30) days from the Court to respond.

5. This request for an extension of time is not sought for the purposes of undue delay and will not prejudice any party.

1272271.1

WHEREFORE, Defendant, NORTONLIFELOCK, INC., requests that this Court grant the extension of time sought herein as well as such further relief that it deems just and proper under the circumstances.

Respectfully Submitted,

*/s/ Joseph A. Apatov*
Joseph A. Apatov, Esq.
Florida Bar No. 93546
MCGLINCHEY STAFFORD
1 East Broward Boulevard, Suite 1400
Fort Lauderdale, Florida, 33301
Telephone: (954) 356-2516
Facsimile: (954) 252-3808
Primary E-Mail:
japatov@mcglinchey.com
Secondary E-Mails:
kotero@mcglinchey.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the Florida Courts E-filing Portal System, which will send notification of such filing to all parties of record, on this 3rd day of March, 2021.

*/s/ Joseph A. Apatov*
Joseph A. Apatov, Esq.

1230044.1

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO. 16-2021-CA-000731-XXXX-MA

Lauren Holden, *individually and on behalf of all others similarly situated*,

    Plaintiff,

vs.

NortonLifeLock Inc.,

    Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## PLAINTIFF'S NOTICE OF SERVICE OF FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT

Plaintiff, by and through counsel and pursuant to Florida Rules of Civil Procedure 1.340, 1.350, and 1.370, hereby gives notice of serving Interrogatories, Request for Production of Documents, and Request for Admissions on Defendant to be answered separately and fully, in writing and under oath if applicable within thirty (30) days after service thereof.

DATED: March 10, 2021

By: */s/ Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915

**EDELSBERG LAW, PA**

Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Telephone: 954-400-4713

*Counsel for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the aforementioned discovery requested were served electronically on counsel for Defendant.

*/s/ Andrew J. Shamis*
**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL COURT, IN AND FOR DUVAL COUNTY, FLORIDA

LAUREN HOLDEN, individually and on behalf of all others similarly situated, ,

    Plaintiff,

v.

NORTONLIFELOCK, INC.,

    Defendant.

_____/

CASE NO.: 2021-CA-000731

### ORDER ON DEFENDANT NORTONLIFELOCK, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT

THIS CAUSE comes before the Court on Defendant, NORTONLIFELOCK, INC.'S ("Defendant") Motion for Extension of Time to Respond to Plaintiffs' Class Action Complaint and the Court, being duly advised in the premises, hereby:

**ORDERS AND ADJUDGES:**

1. Defendant's Motion for Extension of Time to Respond to Plaintiffs' Class Action Complaint is **GRANTED**.

2. Defendant, NORTONLIFELOCK, INC., shall have until thirty (30) days from the date of this order to file a response to Plaintiff's Class Action Complaint.

**DONE AND ORDERED** in Duval County, Florida on this _9th_ day of March, 2021

                                            _____
                                            CIRCUIT JUDGE

Copies Furnished to: **All parties on Service List**

### SERVICE LIST

Joseph A. Apatov, Esq.
McGlinchey Stafford
1 E. Broward Blvd., Suite 1400
Fort Lauderdale, FL 33301
japatov@mglinchey.com
*Counsel for Defendant, Nortonlifelock, Inc.*

Manuel Hiraldo, Esq.
Hiraldo, P.A.
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Counsel for Plaintiff and Proposed Class

Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
ashamis@shamisgentile.com
Counsel for Plaintiff and Proposed Class

Scott Edelsberg, Esq.
Edelsberg Law, P.A.
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
scott@edelsberglaw.com
Counsel for Plaintiff and Proposed Class